UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ZACHRY INDUSTRIAL, INC., § | § | Chapter 11 |
| Debtor. § | § | Case No. 24-90385 |
| | § § § | |
| ZACHRY INDUSTRIAL, INC., § | § | |
| Plaintiff, § | § § | |
| v. § | § | Adv. Pro. No. 24-03105 |
| GOLDEN PASS LNG TERMINAL LLC, § | § § | |
| Defendant. § | § | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the Order Setting Rule 7016 Conference (Dkt. 9) has been electronically served on Defendant's counsel via email on May 31, 2024 and a copy sent via United States First Class mail on June 4, 2024.

Mark R. Robeck
Assistant General Counsel
Golden Pass LNG
811 Louisiana Street, Suite 1500
Houston, Texas  77002

Pat Cipollone
Torridon Law
1155 F St. NW, Suite 750
Washington, DC  20004

Travis J. Sales
John V. Anaipakos
Daniel M. Petrocelli
O'Melveny & Myers LLP
700 Louisiana Street, Suite 2900
Houston, TX  77002

Jason L. Boland
Norton Rose Fulbright US LLP
1550 Lamar, Suite 2000
Houston, TX  77010

          Respectfully submitted,

          HICKS THOMAS LLP

      By:    */s/ John B. Thomas*
             John B. Thomas, *Attorney-in-Charge*
             Southern District Bar No. 10675
             HICKS THOMAS, LLP
             700 Louisiana, Suite 2300
             Houston, Texas 77002
             (713) 547-9100
             (713) 547-9150 (Facsimile)

             Geoffrey L. Harrison
             S.D. Admissions No. 16690
             gharrison@susmangodfrey.com
             Richard W. Hess
             S.D. Admissions No. 605712
             rhess@susmangodfrey.com
             Adam Carlis
             S.D. Admissions No. 1618804
             acarlis@susmangodfrey.com
             Hunter Vance
             S.D. Admissions No. 3124867
             hvance@susmangodfrey.com
             SUSMAN GODFREY L.L.P.
             1000 Louisiana St., Suite 5100
             Houston, Texas 77002
             Tel: (713) 651-9366
             Fax: (713) 654-6666

          ATTORNEYS FOR PLAINTIFF,
          ZACHRY INDUSTRIAL, INC.