UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ZACHRY INDUSTRIAL, INC., § § Debtor. § § § § | | Chapter 11<br><br>Case No. 24-90385 |
| ZACHRY INDUSTRIAL, INC., § § Plaintiff, § § v. § § GOLDEN PASS LNG TERMINAL LLC, § § Defendant. § § § § § § | | Adv. Pro. No. 24-03105 |

Zachry Industrial, Inc.'s Notice of Voluntary Dismissal

Pursuant to FRBP 7041; FRCP 41(a); ¶ 21 of the Interim Order Approving the Settlement By and Among the Debtors, Golden Pass LNG Terminal LLC, CB&I LLC, Chiyoda International Corporation, and CCZJV, entered on July 25, 2024 at ECF 625 of the Chapter 11 proceeding jointly administered under lead case *In re Zachry Holdings, Inc., et al.*, No. 24-9033 (MI); and ¶ 26 of the Final Order Approving the Settlement By and Among the Debtors, Golden Pass LNG Terminal LLC, Chiyoda International Corporation, and CCZJV, entered on August 12, 2024 at ECF 744 of that lead case, Plaintiff Zachry Industrial, Inc. voluntarily dismisses, with prejudice, this adversary proceeding.

Date: August 13, 2024                                             Respectfully submitted,

                                            By: */s/ Jesse-Justin Cuevas*
                                                John B. Thomas, Attorney-in-Charge
                                                Southern District Bar No. 10675
                                                HICKS THOMAS, LLP
                                                700 Louisiana, Suite 2300
                                                Houston, Texas 77002
                                                (713) 547-9100
                                                (713) 547-9150 (Facsimile)

                                                Geoffrey L. Harrison
                                                S.D. Admissions No. 16690
                                                gharrison@susmangodfrey.com
                                                Richard W. Hess
                                                S.D. Admissions No. 605712
                                                rhess@susmangodfrey.com
                                                Adam Carlis
                                                S.D. Admissions No. 1618804
                                                acarlis@susmangodfrey.com
                                                Hunter Vance
                                                S.D. Admissions No. 3124867
                                                hvance@susmangodfrey.com
                                                SUSMAN GODFREY L.L.P.
                                                1000 Louisiana St., Suite 5100
                                                Houston, Texas 77002
                                                Tel: (713) 651-9366
                                                Fax: (713) 654-6666

                                                Jesse-Justin Cuevas
                                                Admitted Pro Hac Vice
                                                jcuevas@susmangodfrey.com
                                                SUSMAN GODFREY L.L.P.
                                                1900 Avenue of the Stars, Suite 1400
                                                Los Angeles, California 90067
                                                Tel: (310) 789-3100
                                                Fax: (310) 789-3150

                                           *Special Litigation Counsel to Debtors*

Proof of Service

I certify that on August 13, 2024, this document was served via the Court's electronic filing system on all counsel of record and via electronic transmission as follows:

| | |
|---|---|
| NORTON ROSE FULBRIGHT US LLP<br>Jason L. Boland (SBT 24040542)<br>Bob B. Bruner (SBT 08390450)<br>Maria B. Mokrzycka (SBT 24119994)<br>1550 Lamar Street, Suite 2000<br>Houston, Texas 77010<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br>Email: bob.bruner@nortonrosefulbright.com<br>jason.boland@nortonrosefulbright.com<br>maria.mokrzycka@nortonrosefulbright.com<br><br>O'MELVENY & MYERS LLP<br>Louis R. Strubeck Jr.<br>Nick Hendrix<br>2801 North Harwood Street<br>Suite 1600<br>Dallas, TX 75201<br>Telephone: (212) -326-1925<br>Email: lstrubeckjr@omm.com<br>nhendrix@omm.com<br><br>Travis Sales<br>John V. Anaipakos<br>700 Louisiana Street, Suite 2900<br>Houston, TX 77002<br>Telephone: (832) 254-1532<br>Email: tsales@omm.com<br>janaipakos@omm.com<br><br>Daniel M. Petrocelli<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 246-6850<br>Email: dpetrocelli@omm.com | *Counsel for Golden Pass LNG Terminal LLC* |

| | |
|---|---|
| HAYNES AND BOONE, LLP<br>Charles A. Beckham, Jr.<br>Kelli S. Norfleet<br>Imaan Patel<br>1221 McKinney Street, Suite 4000<br>Houston, Texas 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br>Email: charles.beckham@haynesboone.com<br>Email: kelli.norfleet@haynesboone.com<br>Email: imaan.patel@haynesboone.com<br><br>HAYNES AND BOONE, LLP<br>Charles M. Jones II<br>Martha Wyrick<br>2801 N. Harwood Street, Suite 2300<br>Dallas, Texas 75201<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email: charlie.jones@haynesboone.com<br>Email: martha.wyrick@haynesboone.com | *Counsel for Chiyoda International Corp.* |
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Joshua A. Sussberg, P.C.<br>Christopher T. Greco, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Joshua.sussberg@kirkland.com<br>Christopher.greco@kirkland.com<br><br>John R. Luze<br>Jeffrey Michalik<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>John.luze@kirkland.com<br>Jeff.michalik@kirkland.com<br><br>Michael Williams<br>Peter Farrell<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Michael.williams@kirkland.com<br>Peter.farrell@kirkland.com | *Counsel for CB&I LLC* |

| | |
|---|---|
| BAKER MCKENZIE<br>David Baay<br>Kelsey Machado<br>Jack Massey<br>Matthew C. Rawlinson<br>800 Capitol Street, Suite 2100<br>Houston, TX 77002<br>david.baay@bakermckenzie.com<br>Kelsey.machado@bakermckenzie.com<br>jack.massey@bakermckenzie.com<br>matthew.rawlinson@bakermckenzie.com | *Additional Counsel for CB&I LLC* |
| Proskauer Rose LLP<br>Ehud Barak<br>Daniel Desatnik<br>Eleven Times Square<br>New York, NY 10036-8299<br>ebarak@proskauer.com<br>ddesatnik@proskauer.com<br><br>Michael A. Firestein<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>mfirestein@proskauer.com<br><br>Paul V. Possinger<br>Three First National Plaza<br>70 West Madison, Suite 3800<br>Chicago, IL 60602-4342<br>ppossinger@proskauer.com<br><br>Elliot R. Stevens<br>PO Box 1081<br>Utopia, TX 78884<br>Estevens@proskauer.com | *Counsel for Statutory Unsecured Claimholders' Committee* |

*/s/ Jesse-Justin Cuevas*
Jesse-Justin Cuevas
---

| | |
|---|---|
| BAKER MCKENZIE<br>David Baay<br>Kelsey Machado<br>Jack Massey<br>Matthew C. Rawlinson<br>800 Capitol Street, Suite 2100<br>Houston, TX 77002<br>david.baay@bakermckenzie.com<br>Kelsey.machado@bakermckenzie.com<br>jack.massey@bakermckenzie.com<br>matthew.rawlinson@bakermckenzie.com | *Additional Counsel for CB&I LLC* |
| Proskauer Rose LLP<br>Ehud Barak<br>Daniel Desatnik<br>Eleven Times Square<br>New York, NY 10036-8299<br>ebarak@proskauer.com<br>ddesatnik@proskauer.com<br><br>Michael A. Firestein<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>mfirestein@proskauer.com<br><br>Paul V. Possinger<br>Three First National Plaza<br>70 West Madison, Suite 3800<br>Chicago, IL 60602-4342<br>ppossinger@proskauer.com<br><br>Elliot R. Stevens<br>PO Box 1081<br>Utopia, TX 78884<br>Estevens@proskauer.com | *Counsel for Statutory Unsecured Claimholders' Committee* |

*/s/ Jesse-Justin Cuevas*
Jesse-Justin Cuevas